# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 20 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Robert Frederick Delguidice,<br><br>　　　　　　　　Defendant. | CASE NO. 09CR4347-WQH<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

___　of the offense(s) of:

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 19, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　William V. Gallo
　　　　　　　　　　　　　　　　　UNITED STATES ~~DISTRICT~~ *Magistrate* JUDGE　(mdc)

ENTERED ON _____